# United States District Court

------------------------- DISTRICT OF KANSAS-------------------------

SHANNON DUNCAN,

        **Plaintiff,**

**v.**                                    **Case No:  25-2084-JWL**

**FRANK BISIGNANO,**
**Acting Commissioner of Social Security,**

        **Defendant.**

## JUDGMENT IN A CIVIL CASE

☐    Jury Verdict.   This action came before the Court for a jury trial.  The issues have been tried and the jury has rendered its verdict.

☒    Decision by the Court.  This action came before the Court.  The issues have been considered and a decision has been rendered.

    **IT IS THEREFORE ORDERED** that judgment shall be entered pursuant to the fourth sentence of 42 U.S.C. § 405(g) REMANDING the Commissioner's final decision for further proceedings consistent with this opinion.

    **IT IS SO ORDERED.**

                                SKYLER B. O'HARA

Dated: March 6, 2026            CLERK OF THE DISTRICT COURT

                                by:  *s/ Sarah Spegal*
                                      Deputy Clerk